*man* for petitioners. *Gregory A. Harrison, Moses Lasky* and *Clinton M. Hester* for respondents in No. 552. ■

No. 265, Misc. BYERS *v.* HUNTER ET AL. C. A. 10th Cir. Certiorari denied.

No. 291, Misc. GEORGE *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. Petitioner *pro se. Bolivar E. Kemp, Jr.,* Attorney General of Louisiana, and *M. E. Culligan,* Assistant Attorney General, for respondent.

No. 305, Misc. DONNELLY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ■

No. 325, Misc. MAHLER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. ■

No. 363, Misc. BUDERUS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. George Tilzer* for respondent.

No. 375, Misc. COLBERT *v.* CLAUDY, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 381, Misc. STATE EX REL. BAILEY *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. *W. Hayes Pettry* for petitioner.

No. 382, Misc. LORENZO *v.* PENNSYLVANIA ET AL. Supreme Court of Pennsylvania. Certiorari denied.